UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re   PASTOR JERRY ONOCHIE CHIDI:
        MAUREEN NWAKUSO CHIDI:
        **Debtors**                    :           Case No. 21-11280
                                       :           Chapter    13

## MOTION TO EXTEND TIME FOR FILING OF MISSING DOCUMENTS

**COMES NOW, PASTOR JERRY ONOCHIE CHIDI** and **MAUREEN NWAKUSO CHIDI**, by counsel, and represent to the Court as follows:

1. Debtor filed a petition for an order for relief under Chapter 13 of the Bankruptcy Code on July 21, 2021, and a Chapter 13 order for relief was granted.

2. The debtor requires additional time in which to prepare Schedules A-J, the Statement of Financial Affairs, the Chapter 13 Plan and the Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation.

WHERFORE, debtor prays for an order extending the time for filing the missing documents in this chapter 13 case.

Date:  **August 2, 2021**

                                        /s/ Nathan Fisher
                                        Nathan Fisher
                                        Fisher-Sandler, LLC
                                        Counsel for Debtor - #37161
                                        3977 Chain Bridge Rd., #2
                                        Fairfax, VA   22042
                                        (703) 691-1642

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on this 2nd day of August, 2021, I served the foregoing parties on the attached mailing matrix, via first-class mail, under Local Rule 4001(a)-1(E)(1), and, also:**

**Thomas Gorman
300 N. Washington St., Suite 400
Alexandria, VA   22314**

**Office of the US Trustee
1725 South Union St., Suite 650
Alexandria, VA   22314**

/s/ Nathan Fisher
**Nathan Fisher**